FILED: August 16, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4212

(3:11-cr-02063-JFA-10)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

STANLEY D. PARTMAN, a/k/a Goat

      Defendant - Appellant

_____

O R D E R

_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 900 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk